08 B 23564

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

ORDER

September 12, 2011

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
SEP 29 2011
KENNETH S. GARDNER, CLERK
OP A

*By the Court:*

| No.: 11-2229 & 11-2233 | IN RE: USA BABY, INCORPORATED, Debtor - Appellee |
| | APPEAL OF: SCOTT WALLIS |

| Originating Case Information: |
| District Court Nos: 1:11-cv-01668 & 1:11-cv-02957<br>Northern District of Illinois, Eastern Division<br>District Judge Joan Humphrey Lefkow |

The following are before the court:

1. **MOTION TO RECALL THE MANDATE**, filed on September 1, 2011, by the pro se appellant.

2. **MOTION TO PROCEED ON APPEAL IN FORMA PAUPERIS**, filed on September 1, 2011, by the pro se appellant.

3. **MOTION FOR EXTENSION OF TIME TO FILE BANKRUPTCY COURT ORDER AND REQUEST FOR TRANSCRIPTS OF HEARING**, filed on August 31, 2011, by the pro se appellant.

IT IS ORDERED that the Motion to Recall the Mandate, filed in appeal no. 11-2233, is **GRANTED**. The clerk of this court shall file **INSTANTER** the tendered Motion to Proceed In Forma Pauperis in appeal no. 11-2233.

IT IS FURTHER ORDERED that the Motion to Proceed In Forma Pauperis, filed in appeal no. 11-2233, is **GRANTED**.

**IT IS ALSO FURTHER ORDERED** that the Motion for Extension of Time to File Bankruptcy Court Order and Request for Transcripts of Hearing, filed in appeal no. 11-2229 is **DENIED**.

**IT IS FINALLY ORDERED** that the briefing in both appeals is **SUSPENDED**.

Appellant's notice of appeal states that he is appealing "the United States Bankruptcy Court, Northern District of Illinois, Eastern Division... ORDERS of February 9, 2011 and March [1]6, 2011, denying his Motion to Reconsider & Motion for Leave to Sue Barry Chatz." But those orders are not included with the notice of appeal, apparently because they were given orally from the bench. In order to facilitate this court's review, the Bankruptcy Court in the Northern District of Illinois for Bankruptcy Petition # 08-23564 is **ORDERED** to file with this court the transcript pages that contains the reasoning behind the Bankruptcy Court's orders, or a written statement that contains the court's reasoning.  *See* Cir. R. 50.

The clerk of this court shall send a copy of this order to the Bankruptcy Court in the Northern District of Illinois for Bankruptcy Petition # 08-23564.

This court will reschedule briefing, if appropriate, after receipt and review of the underlying bankruptcy court order.

form name: **c7_Order_BTC**(form ID: **178**)